BEFORE THE FIRST DIVISION, MARCH 8, 1940

**No. 43340.**—Protest 997867–G of New York Mdse. Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the rubber dog heads in question are similar to those involved in Abstract 31963. The claim at 25 percent under paragraph 1537 (b) was therefore sustained.

**No. 43341.**—Protests 995105–G, etc., of Harlem Adler & Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 8, 1940

**No. 43342.**—Protest 360255–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) the claim at 75 percent under paragraph 1430 was sustained.

**No. 43343.**—Protest 219973–G of R. H. Macy & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) the claim at 75 percent under paragraph 1430 was sustained.

**No. 43344.**—Protest 13073–K of H. L. Hymes Mfg. Co. (New York).

Opinion by TILSON, J. The evidence was insufficient to establish that the shoe-laces in question are not in part of braid. The protest was therefore overruled.

BEFORE THE THIRD DIVISION, MARCH 8, 1940

**No. 43345.**—Protest 988248–G of H. S. Dorf & Co., Inc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kidskins which were contained in bales marked "E-r-y-t-r-h-e-a." It was found that even by an examination of the standard authorities a purchaser of merchandise having the name "E-r-y-t-r-h-e-a" printed thereon could not tell definitely where it was produced. On the authority of *American Burtonizing Co.* v. *United States* (13 Ct. Cust. Appls. 652, T. D. 41489) the protest was overruled.